```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                           NORTHERN DIVISION
                              AT ASHLAND
```

CIVIL ACTION NO. 2014-42 (WOB-CJS)

TINA RENE SHANKS                                          PLAINTIFF

VS.                            <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                           DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 21), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. 14) is **denied**; and that defendant's motion for summary judgment (Doc. #15) is **granted**.  A separate Judgment shall enter concurrently herewith.

This 25th day of September, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge